

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2021

No. 04-21-00345-CR

**EX PARTE** Vanessa Marie **VILLANUEVA**

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A1523-1
Honorable Albert D. Pattillo, III, Judge Presiding

## O R D E R

The Appellant's Motion to Withdraw, Cynthia Orr, as Counsel is hereby GRANTED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court